1  BART M. BOTTA, SBN 167051
2  MARION I. QUESENBERY, SBN 072308
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
   Newport Beach, CA  92660
4  Telephone:  (949) 752-2911
5  bart@rjlaw.com

6  Attorneys for Plaintiff
7  BENGARD RANCH, INC.

8

9              UNITED STATES DISTRICT COURT

10    FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12  BENGARD RANCH, INC., a corporation,   CASE NO. C08 03520 JW PVT

13              Plaintiff,
                                          **CERTIFICATION OF
14     v.                                 INTERESTED PERSONS OR
                                          ENTITIES**
15  LETT US ONE CORPORATION, a
    corporation; ROBERTO L. ROMERO, an
16  individual,                           [ Local Rule 3-16]

17              Defendants.

18

19

20      TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND ALL

21  OTHER PARTIES IN INTEREST:

22      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following

23  listed persons, associations of persons, firms, partnerships, corporations (including

24  parent corporations) or other entities (i) have a financial interest in the subject

25  matter in controversy or in a party to the proceeding, or (ii) have a non-financial

26  interest in that subject matter or in a party that could be substantially affected by

27  the outcome of this proceeding.

28

/ CertificateInterestedParties.doc                1

| | |
|---|---|
| 1. BENGARD RANCH, INC., a corporation | Plaintiff seeking recovery of at least $49,020.36 plus finance charges and attorney fees against Defendants for alleged Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly. |
| 2. LETT US ONE CORPORATION, a corporation | Corporate Defendant against whom Plaintiff seeks recovery in the cumulative amount of at least $49,020.36 plus finance charges and attorney fees. |
| 3. ROBERTO L. ROMERO, an individual | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiff seeks recovery in the cumulative amount of at least $49,020.36 plus finance charges and attorney fees. |

DATED: July 14, 2008

RYNN & JANOWSKY, LLP

By: _____
BART M. BOTTA, Attorneys for Plaintiff