

4/22/2009

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BENGARD RANCH, INC., a corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LETT US ONE CORPORATION, a corporation; ROBERTO L. ROMERO, an individual,<br><br>　　　　　　Defendants. | CASE NO. C 08-03520-JW-PVT<br><br>**[PROPOSED] ORDER DISMISSING CASE IN ITS ENTIRETY**<br><br>[FRCP Rule 41(a)(1)] |

　　　Having read the Notice of Voluntary Dismissal filed by Plaintiff in this matter, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that this lawsuit be dismissed in its entirety without prejudice.

///

///

///

1

1  It is hereby further ordered that the April 27, 2009, Order to Show Cause Re
2  Dismissal, as well as all other hearings and court dates in this matter, are vacated and
3  taken off calendar.
4
5
6  IT IS SO ORDERED.   The Clerk shall close this file.
7
8  Dated: __April 22, 2009__                              _____
9                                                         HON. JAMES WARE
                                                          U.S. DISTRICT COURT